ETHEL STERN, as Administratrix, etc., of SAM STERN, Deceased, v. GREAT ISLAND CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

FRANK L. WEIL and Others v. THE PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — McAvoy, O'Malley, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SARAH J. MARKS, for a Writ of Habeas Corpus against EDWARD J. GRENIER to Produce the Body of MYRON E. GRENIER. SARAH J. MARKS — EDWARD J. GRENIER.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK v. MARY TURNER and Others, Impleaded with KATHLEEN N. O'DONNELL CANDEE, Formerly Known as KATHLEEN N. O'DONNELL HART (Sometimes Known as KATHLEEN N. HART), and KATHLEEN N. O'DONNELL CANDEE, Formerly Known as KATHLEEN N. O'DONNELL HART, as Executrix, etc., of WILLIAM F. S. HART, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ABRAHAM GROSS v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JAMES F. EGAN, Public Administrator of New York County, as Administrator, etc., of ELLEN MANNING, Also Known as ELLEN EGAN, Deceased, v. THE BANK FOR SAVINGS IN THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

BEATRICE FRIEDMAN and JACOB FRIEDMAN v. L. M. BECK and GALILEE FISH COMPANY, INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals granted in so far as permission of this court is required. [See ante, p. 87.] Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

## (March 10, 1937.)

JEAN ADAMS and Another v. EDMUND LANG and Others, Impleaded with Others. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Defendants-appellants' time to answer the complaint extended until five days after service of order. [See ante, p. 707.] Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.